CONSENT FOR MODIFICATION OF SUPERVISED RELEASE/PROBATION

**UNITED STATES DISTRICT COURT**
for the
District of Columbia

**FILED**

NOV 18 2011

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
)
)
vs. _____ )
)
_Wendell J. Jackson_ )
)

Defendant

Criminal No. _95 - 239_

## CONSENT TO MODIFY PROBATION/SUPERVISED RELEASE

The parties agree the defendant's conditions of supervised release/probation should be modified, and there being no objection thereto, IT IS RECOMMENDED THAT the defendant's conditions of supervised release/probation be modified as follows: (state modification, e.g. that he spend 60 days of his term in an inpatient treatment facility). ~~to require that defendant enter and complete 180 days in the U.S. Parole Commission Sanctions Center. In the interim, further consideration of the alleged violations is stayed.~~

Dated: _November 14, 2011_ _____
U.S. Magistrate Judge

(NUNC PRO TUNC to October 3, 2011)

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).

The magistrate judge having recommended that the conditions of the defendant's supervised release/probation be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the magistrate judge is accepted.

Dated: _11/16/11_ _____
U.S. District Judge